George M. Ferrell, Jr., Plaintiff-Appellant, v. Chicago Transit Authority, a Municipal Corporation, Defendant-Appellee.

Gen. No. 48,388.

First District, Second Division.

December 5, 1961.

Garr and Lima, of Chicago (Charles D. Snewind, of counsel), for appellant; William J. Lynch and William S. Allen, John G. Poust, and James E. Hastings, all of Chicago, for appellee. Opinion by MR. JUSTICE BRYANT. Not to be published in full.